I conclude that the summary judgment entered for Sandlin is a final appealable judgment. I first disagree with Judge Robertson's conclusion that the compensatory damages are not specific. The trial court awarded compensatory damages in the amount of "the life insurance proceeds," which are undisputably $25,232.09. Furthermore, although the trial court did not indicate whether it would award or disallow punitive damages and costs, the failure to rule on those claims amounts to a denial of those claims. McClure v. Moore,565 So.2d 8 (Ala. 1990); Hingle v. Gann, 368 So.2d 22 (Ala. 1979). Therefore, I would not dismiss the appeal, but rather address the merits of the appeal. *Page 1011